FILED
CLERK U.S. DISTRICT COURT
JUL 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-00580-PA |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Choukry Yordi, Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Prior Record_
_the defendant has serious bipolar issues, refuses to take medication, and has absconded from supervision._
_He poses a risk to others and himself._

(B) (✗) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will not abscond from further supervision or take his psychiatric medication_

IT IS ORDERED that defendant be detained.

DATED: 7/23/08

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE